IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THERMAL DESIGN, INC.,              )
                                   )
          Plaintiff,               )         8:06CV716
                                   )
     v.                            )
                                   )
INTERTAPE POLYMER MANAGEMENT,      )         ORDER
INTERTAPE, INC., and CENTRAL       )
PRODUCTS COMPANY,                  )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on defendants' motion for entry of stipulated protective order (Filing No. 34). The Court finds said protective order should be approved and adopted. Accordingly,

IT IS ORDERED that defendants' motion is granted; the stipulated protective order is approved and adopted by the Court.

DATED this 2nd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court