```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

THERMAL DESIGN, INC.,         )
                              )
          Plaintiff,          )          8:06CV716
                              )
     v.                       )
                              )
INTERTAPE POLYMER MANAGEMENT, )          ORDER
INTERTAPE, INC., and CENTRAL  )
PRODUCTS COMPANY,             )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to amend pleadings (Filing No. 36). No objections were filed, and the Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 4, 2007, to file its amended complaint.

DATED this 24th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court