IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THERMAL DESIGN, INC.,            )
                                 )
            Plaintiff,           )      8:06CV716
                                 )
       v.                        )
                                 )
INTERTAPE POLYMER MANAGEMENT,    )      ORDER
INTERTAPE, INC., and CENTRAL     )
PRODUCTS COMPANY,                )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on the joint motion to alter dates (Filing No. 43).  Accordingly,

IT IS ORDERED that said motion is granted; the amended final progression order is amended to allow for motions for summary judgment to be filed on August 8, 2007.  Responses shall be filed by August 27, 2007, and replies to those responses shall be filed by September 4, 2007.  Trial remains scheduled for September 10, 2007.

DATED this 31st day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court