IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THERMAL DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV716 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERTAPE POLYMER MANAGEMENT, | ) | ORDER |
| INTERTAPE, INC., and CENTRAL | ) | |
| PRODUCTS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion to extend deadline to file dismissal (Filing No. 55). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until October 12, 2007, to file their dismissal of this action.

DATED this 24th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court