```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

THERMAL DESIGN, INC.,            )
                                 )
            Plaintiff,           )         8:06CV716
                                 )
      v.                         )
                                 )
INTERTAPE POLYMER MANAGEMENT,    )             ORDER
INTERTAPE, INC., and CENTRAL     )
PRODUCTS COMPANY,                )
                                 )
            Defendants.          )
_____ )
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 57). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 29th day of October, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                         LYLE E. STROM, Senior Judge
                         United States District Court